UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ECOSORB INTERNATIONAL, INC.; dba | § | |
| BIOCEL TECHNOLOGIES, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-12-1961 |
| | § | |
| SUPPLY PRO, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the court is Plaintiff's Motion to Reopen Closed Case (Doc. 14) with

Supplement to Motion to Reopen Closed Case (Doc. 15). Having considered the motion and the

Conditional Transfer Order (CTO-58) with Simultaneous Separation and Remand, *In re Oil Spill*

*by Oil Rig "Deepwater Horizon" in Gulf of Mexico, on April 20, 2010*, 764 F. Supp. 2d 1352

(J.P.M.L. 2011) (MDL No. 2179) (ordering "[a]ll claims in plaintiff Ecosorb International, Inc.'s

original petition . . . remanded . . . to the Southern District of Texas"), the Court finds that this

case was transferred to the Eastern District of Louisiana due to clerical error. Accordingly, it is

**ORDERED** that Plaintiff's motion is GRANTED and the case REOPENED. It is further

**ORDERED** that Plaintiff's Motion to Remand (Doc. 3) with Supplement to Motion to

Remand (Doc. 8) is REINSTATED for consideration by this Court. It is further

**ORDERED** that this case is REFERRED to Magistrate Judge Frances Stacy for entry of

an updated Order for Initial Pretrial and Scheduling Conference.

SIGNED at Houston, Texas, this 5th day of October, 2012.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1 / 1